Tory M. Pankopf (SBN 7477)
**TORY M. PANKOPF LTD.**
10471 Double R Blvd., Suite C
Reno, Nevada 89521
Telephone: (775)384-6956
Attorney for Plaintiff
LEANN PINGUELO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN M. PINGUELO,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; SIMONICH CORPORATION dba BWC MORTGAGE SERVICES, BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., successor in interest to COUNTRYWIDE FINANCIAL CORPORATION the parent company of COUNTRYWIDE HOME LOAN SERVICING, LP; BAC HOME LOAN SERVICING, INC.; FIRST CENTENNIAL TITLE COMPANY OF NEVADA, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; MTC FINANCIAL INC dba TRUSTEE CORPS, and DOES 1 thru 10, inclusive,<br><br>            Defendants. | CASE NO: 3:11-CV-00615-RCJ-VPC<br><br>ORDER; **OF DISMISSAL OF REMAINING DEFENDANTS WITHOUT PREJUDICE** |

   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff LEANN PINGUELO ("Plaintiff"), by and through her attorney of record, Tory M. Pankopf of the Law Offices of TORY M. PANKOPF, LTD, has agreed to voluntarily dismiss

Law Offices of
**Tory M. Pankopf Ltd.**
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956

- 1 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  this action in its entirety without prejudice as to the remaining defendants, BANK OF
2  AMERICA CORPORATION; BANK OF AMERICA, N.A., successor in interest to
3  COUNTRYWIDE FINANCIAL CORPORATION the parent company of COUNTRYWIDE
4  HOME LOAN SERVICING, LP; BAC HOME LOAN SERVICING, INC., MORTGAGE
5  ELECTRONIC REGISTRATION SYSTEMS, INC., and FEDERAL HOME LOAN
6  MORTGAGE CORPORATION.  The dismissal is with an agreed mutual waiver of costs.

7
8   DATED:  This 17th day of October, 2011.    **TORY M. PANKOPF LTD.**
9
10                                  By:    /S/ TORY M. PANKOPF_____
                                           TORY M. PANKOPF, ESQ.
11                                         #7477
                                           10471 Double R Boulevard, Suite C
12                                         Reno, NV  89521
                                           *Attorney for Plaintiff,*
13                                         LEANN PINGUELO
14
15
16  ORDER
17  IT IS SO ORDERED.
18
19  DATED:  This 17th day of October, 2011.
20
21
22  _____
23  ROBERT C. JONES
24
25
26
27
28

**Law Offices of**
**Tory M. Pankopf Ltd.**
10471 Double R Boulevard
Suite C
Reno, NV  89521
(775) 384-6956

- 2 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE