Tory M. Pankopf (SBN 7477)
**TORY M. PANKOPF LTD.**
10471 Double R Blvd., Suite C
Reno, Nevada 89521
Telephone: (775)384-6956
Attorney for Plaintiff
LEANN PINGUELO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN M. PINGUELO,<br><br>                    Plaintiff,<br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; SIMONICH CORPORATION dba BWC MORTGAGE SERVICES, BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., successor in interest to COUNTRYWIDE FINANCIAL CORPORATION the parent company of COUNTRYWIDE HOME LOAN SERVICING, LP; BAC HOME LOAN SERVICING, INC.; FIRST CENTENNIAL TITLE COMPANY OF NEVADA, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; MTC FINANCIAL INC dba TRUSTEE CORPS, and DOES 1 thru 10, inclusive,<br><br>                    Defendants. | CASE NO: 3:11-CV-00615-RCJ-VPC<br><br>**NOTICE TO VACATE HEARING** |

PLEASE TAKE NOTICE that on September 9, 2011, this Court issued a minute order setting a hearing date for oral arguments on defendant's, MTC FINANCIAL INC dba TRUSTEE CORPS ("Defendant"), motion to dismiss Plaintiff's complaint for Monday,

Law Offices of
**Tory M. Pankopf Ltd.**
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956

- 1 -
NOTICE TO VACATE HEARING

1  November 7, 2011, at 9:00 a.m. in Department 6 before Hon. Chief Judge Robert C. Jones.
2  Subsequently, Plaintiff agreed to dismiss Defendant.  On September 26, 2011, Plaintiff filed
3  her notice of dismissal of Defendant (Document 25).
4     Plaintiff respectfully gives notice to the Court to vacate the hearing date.
5  ORDER
6  IT IS SO ORDERED.

7
8  _____
   ROBERT C. JONES
9  DATED: October 26, 2011

Law Offices of
**Tory M. Pankopf Ltd.**
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956

- 2 -
NOTICE TO VACATE HEARING